No. 90–5986. AVERY *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–5989. APONTE-SUAREZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 90–5990. ALLERY *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–5995. BRUNING *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 90–5996. RAMIREZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–5997. SALAZAR *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–5998. HORSLEY *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 90–6003. ALVAREZ *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 90–6005. WALTON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–6009. SNOW *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–6010. BUCKLEY *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 90–6016. WEDDLE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 90–6017. SHIELDS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 90–6021. SMITH *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 90–6023. GADSON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.